August 6, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

CHARLES G. SHOOK, Appellant

NO. 14-15-00534-CV                     V.

RICK HALL AND TOMMY YOCHAM, INDIVIDUALLY AND
DERIVATIVELY ON BEHALF OF FLARE WELL TESTERS, INC., Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the orders signed by the court below on May 27, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Charles G. Shook.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.